Mediterranean Stevedoring Company, Inc., Libelant-Appellant, v. Steamship CAPITAINE FAURE, Her Engines, etc.; Société Navigation De Vapeur (France-Indo Chine), Claimant-Appellee.

(Circuit Court of Appeals, Second Circuit. January 23, 1925.)

No. 193.

Appeal from the District Court of the United States for the Eastern District of New York.

Byrnes & Stoneham, of New York City, for libelant appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (William J. Dean and Roscoe H. Hupper, both of New York City, of counsel), for claimant appellee.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (5 F.[2d] 1008) affirmed.